UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBER RICARDO BARRETO SANCHEZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondents. | No. 1:26-cv-08728-KES-CDB (HC)<br>(A-Number: A-240-668-752)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING PETITIONER'S IMMEDIATE RELEASE<br>Docs. 1, 7 |

Petitioner Gilber Ricardo Barreto Sanchez, a federal immigration detainee, initiated this action on October 23, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement ("ICE") at the California City Immigration Processing Center. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On November 16, 2026, the assigned magistrate judge issued findings and recommendations to grant petitioner's petition for writ of habeas corpus. Doc. 7. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days of the date of service thereof. *Id.* at 6-7. On November 22, 2026, Respondents timely filed objections, objecting "[f]or the reasons set forth in Respondent's

response (Doc. 6)." Doc. 9.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 16, 2026, Doc. 7, are adopted in full.
2. The petition for writ of habeas corpus, Doc. 1, is granted.
3. Respondents are ORDERED to release petitioner Gilber Ricardo Barreto Sanchez (A-240-668-752) immediately.
4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]
5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
6. The Clerk of the Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated: November 23, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.